# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRIAN WASHINGTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1990** |
| **MAILROOM STAFF, ET AL.** | **SECTION "E" (2)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that, as of this date, Plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that Plaintiff Brian Washington's 42 U.S.C. § 1983 complaint be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**New Orleans, Louisiana, this 5th day of January, 2026.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**